1

2

3

4

5

6

7

8

9           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON

10

11  PEOPLES BANK, a Washington            )
    corporation,                          )
12                                         )
                Plaintiff,                 )      IN ADMIRALTY
13                                         )
            v.                             )      NO. C15-5750RJB
14                                         )
    P/C ENCORE, Official Number 515256,    )
15  her engines, tackle, apparel, furniture, )    ORDER APPOINTING DOCK
    appurtenances, and equipment, *In Rem*, )    STREET CUSTODIAL, LLC
16  and RONALD P. LARAMIE, *In Personam*,)   SUBSTITUTE CUSTODIAN
                                           )      AND AUTHORIZING MOVEMENT
17              Defendants.                 )      OF VESSEL
    _____)

18

19  TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT

20  FOR THE WESTERN DISTRICT OF WASHINGTON:

21          Plaintiff, Peoples Bank, by and through its attorney of record, having made

22  appearance and made the following recitals:

23          1.      On October 16, 2015, the Complaint herein was filed praying that the

24  vessel P/C ENCORE, Official Number 515256, her engines, tackle, apparel, furniture,

25  appurtenances and equipment, be condemned and sold to pay plaintiff's claims and for

Order Appointing Dock Street Custodial, LLC Substitute
Custodian and Authorizing Movement of Vessel - 1

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

1  other proper relief.

2       2.      The Clerk of the Court has been authorized to issue a Warrant for Arrest

3  commanding the United States Marshal for this District to arrest and take the

4  defendant vessel into custody and to detain it in custody until further Order of this

5  Court.

6       3.      It is contemplated that the United States Marshal will seize the defendant

7  vessel forthwith.  Custody by the U. S. Marshal requires the services of one or more

8  keepers at a charge of $250.00 or more per day for the keepers alone and not including

9  charges for moorage, storage and the other services usually associated with safekeeping

10  vessels similar to the defendant vessel.

11      4.      It is believed that the defendant vessel is currently moored in Tacoma,

12  Washington.  After its arrest, the vessel will be towed to a secure moorage facility in

13  Seattle, Washington.  Unless something unexpected is encountered, charges for towing

14  should not exceed $2,500.00.

15      5.      Plaintiff is agreeable to allow Dock Street Custodial, LLC, through its

16  managing member, Jeffrey T. Osborn, to assume the responsibility of safekeeping said

17  vessel and Dock Street Custodial, LLC, through its managing member, Jeffrey T.

18  Osborn, has consented to act as her custodian until further Order of this Court.  Fees

19  and expenses to be charged by Dock Street Custodial, LLC will be substantially less than

20  the cost of leaving the defendant vessel in the custody of the U. S. Marshal.

21      6.      Jeffrey T. Osborn, managing member, Dock Street Custodial, LLC, by

22  declaration appended hereto and made a part hereof, avers that neither he nor Dock

23  Street Custodial, LLC has any interest in the outcome of this lawsuit, that he can

24  arrange for adequate storage and supervision for the proper safekeeping of the vessel,

25  and that he has obtained liability insurance with policy limits of not less than

Order Appointing Dock Street Custodial, LLC Substitute
Custodian and Authorizing Movement of Vessel - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

1  $1,000,000.00 which is expected to be adequate to respond in damages for loss of or

2  injury to the defendant vessel or for damages sustained by third parties due to any acts,

3  faults or negligence of said Substitute Custodian.  Further, in his declaration, Jeffrey T.

4  Osborn, on behalf of Dock Street Custodial, LLC, agrees to accept custody of the

5  defendant vessel and its equipment which is the subject of the action herein, in

6  accordance with the terms of this Order.

7       7.       In consideration of the U. S. Marshal's consent to the appointment of Dock

8  Street Custodial, LLC, through its managing member, Jeffrey T. Osborn, as Substitute

9  Custodian, plaintiff agrees to release the United States and the U. S. Marshal from any

10  and all liability and responsibility arising out of the care and custody of the defendant

11  vessel and its equipment, from the time the U. S. Marshal transfers custody of the vessel

12  over to the Substitute Custodian, and plaintiff agrees to indemnify and hold the United

13  States and the U. S. Marshal harmless from any and all claims whatsoever arising out of

14  the Substitute Custodian's possession and safekeeping.

15

16       THEREFORE, IT IS ORDERED that the U. S. Marshal for the Western District

17  of Washington be, and is authorized and directed, upon the seizure pursuant to the

18  Warrant for Arrest of said defendant vessel, its engines, tackle, and all other necessaries

19  thereunder appertaining and belonging, to surrender the custody thereof to Dock Street

20  Custodial, LLC, through its managing member, Jeffrey T. Osborn, as Substitute

21  Custodian, and that upon such surrender the U. S. Marshal shall be discharged from all

22  duties and responsibilities for the safekeeping of said vessel and held harmless from any

23  and all claims arising out of said custodial services.

24       IT IS FURTHER ORDERED that the Substitute Custodian shall see to and be

25  responsible for the safekeeping of the defendant vessel.  Duties of the Substitute

Order Appointing Dock Street Custodial, LLC Substitute
Custodian and Authorizing Movement of Vessel - 3

1    Custodian shall include, but are not limited to, ensuring that there is adequate, safe

2    moorage for the defendant vessel.  The Substitute Custodian is not required to have a

3    person live on board the defendant vessel, but an officer or authorized agent of the

4    Substitute Custodian shall go on board from time to time to carry out the duties of

5    Substitute Custodian.  No other person shall be allowed to enter on the defendant vessel

6    except as provided for herein or as otherwise expressly authorized by Order of this Court.

7         IT IS FURTHER ORDERED that the defendant vessel may be moved by safe

8    means from its present moorage to safe, secure moorage at a facility in Seattle,

9    Washington.  The Substitute Custodian shall notify the Office of the U. S. Marshal that

10   the vessel is to be moved and shall again notify the Office of the U. S. Marshal when the

11   vessel has been moved and is securely moored.  Once the vessel has been moved and

12   moored, it shall not be moved again without further Order of the Court.

13        IT IS FURTHER ORDERED that the Substitute Custodian, may, but is not

14   required to, retain a locksmith and a marine engineer familiar with the vessel or its

15   equipment and take them on board the vessel with authorized agents of the Substitute

16   Custodian to assist in the moving and securing of the vessel.

17        IT IS FURTHER ORDERED that the Substitute Custodian, may, but is not

18   required to, remove those pieces of electronic equipment on board the vessel, if any,

19   which may be easily removed without damage to the vessel, and that such removed

20   electronic equipment shall be stored in a safe, secure storage and subsequently returned

21   to the defendant vessel or retained by the Substitute Custodian pending further Order of

22   this Court.

23        IT IS FURTHER ORDERED that the Substitute Custodian, may, but is not

24   required to, retain such services as are necessary to clean the interior and/or exterior of

25   the vessel, with such cleaning services to be performed under the supervision of the

Order Appointing Dock Street Custodial, LLC Substitute
Custodian and Authorizing Movement of Vessel - 4

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

1  Substitute Custodian.

2    IT IS FURTHER ORDERED that plaintiff shall arrange to pay charges for towing

3  and moorage of the vessel**,** shall pay the fees and costs of the Substitute Custodian and

4  shall reimburse the Substitute Custodian for costs incurred in securing the vessel, in

5  conducting the inventory of the equipment on board, and in removing and storing the

6  electronic equipment and having the vessel cleaned.

7    IT IS FURTHER ORDERED that all authorized expenses, hereafter approved by

8  the Court, for towing in an amount not to exceed $2,500.00, for securing and conducting

9  the inventory of the vessel in an amount not to exceed $65.00 per hour, for custody of the

10 vessel and its equipment in an amount not to exceed $750.00 per month with a minimum

11 of one month's charges payable, for moorage and electric shore power in an amount not

12 to exceed $1,200.00 per month, for insurance on the vessel in an amount not to exceed

13 $500.00 for the first year of Substitute Custodian's insurance, and for charges of a

14 locksmith, of a marine engineer, for cleaning and securing the vessel and for storing

15 electronic equipment, which are incurred by the Substitute Custodian or plaintiff for the

16 movement and safekeeping of the defendant vessel and its equipment, shall be deemed

17 administrative expenses of the U. S. Marshal.

18   IT IS FURTHER ORDERED that plaintiff's attorney shall send a copy of this

19 Order to the owner of the defendant vessel by Certified Mail, Return Receipt

20 Requested addressed to the last known address.

21   DATED this 20th day of October, 2015.

22

23     _Robert J Bryan_

24     ROBERT J. BRYAN
    United States District Judge

25

Order Appointing Dock Street Custodial, LLC Substitute
Custodian and Authorizing Movement of Vessel - 5

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

1   Presented By:

2

3

4   S /_____
    Stan Loosmore, WSBA #6011
5   Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   247-15004-6p1

Order Appointing Dock Street Custodial, LLC Substitute
Custodian and Authorizing Movement of Vessel - 6

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400