IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PEOPLES BANK, a Washington corporation, | ) ) ) | |
| Plaintiff, | ) ) | IN ADMIRALTY |
| v. | ) ) | NO. C15-5750RJB |
| P/C ENCORE, Official Number 515256, her engines, tackle, apparel, furniture, appurtenances, and equipment, *In Rem*, and RONALD P. LARAMIE, *In Personam*, | ) ) ) ) ) | ORDER AUTHORIZING CLERK TO ISSUE A WARRANT FOR ARREST PURSUANT TO SUPPLEMENTAL RULE C |
| Defendants. | ) ) | |

This matter having come on upon the motion of plaintiff pursuant to Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions C(3), and the Court having considered the records and files herein, and having concluded that the conditions for an action *in rem* appear to exist, now therefore it is

ORDERED that the Clerk is authorized to issue a Warrant for the arrest of the defendant vessel, the P/C ENCORE, Official Number 515256, her engines, tackle,

//

Order Authorizing Clerk to Issue a Warrant for Arrest
Pursuant to Supplemental Rule C - 1

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

1 apparel, furniture, appurtenances and equipment.

2

3        DATED this 20th day of October, 2015.

4

5

6

7 _____

      ROBERT J. BRYAN

8       United States District Judge

9

10 Presented by:

11

12

13 S /_____

Stan Loosmore, WSBA #6011

14 Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

Order Authorizing Clerk to Issue a Warrant for Arrest
Pursuant to Supplemental Rule C - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400